FIDELITY UNION TRUST COMPANY, as Trustee, Appointed by the Court of Chancery of the State of New Jersey by an Order Dated July 9, 1935, Made " In the Matter of Proceedings under the Mortgage Guaranty Corporations Rehabilitation Act, Affecting the FIDELITY UNION TITLE AND MORTGAGE GUARANTY COMPANY," Respondent, v. S. JOSEPH SILBERT, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

ADDIE M. HOWELL and MARGARET C. C. TESSIER, as Executrices, etc., of WILHELMINA H. MAN, Deceased, Respondents, v. OTIS GLAZEBROOK and Others, Appellants,— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

ANNA GEIER, Appellant, v. GRISTEDE BROS., INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Callahan, J., dissents.

SANDFORD LAUNDRY, INC., Respondent, v. LOUIS SIMON, as Treasurer of the Laundry Workers Joint Board of Greater New York, Amalgamated Clothing Workers of America, an Unincorporated Association of More Than Seven Members, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.; Dore, J., dissents and votes to reverse and deny the motion for summary judgment in favor of the plaintiff-employer.

AMERICAN FIRE PREVENTION BUREAU, INC., Respondent, v. AUTOMATIC SPRINKLER COMPANY OF AMERICA, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

CHRISTINE J. GABAY, Suing as a Stockholder of TUDOR CITY NINTH UNIT, INC., on Behalf of Herself and Other Stockholders of the Said Corporation Similarly Situated, Respondent, v. TUDOR CITY NINTH UNIT, INC., and Others. Appellants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

ELI A. JASPER, Respondent, v. BARNET BERNSTEIN and Another, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of PAUL LUDWIG, Police Officer, Respondent, v. FRED CHERRY, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

VINCENT DANIELE, as Administrator, etc., of JOSEPH DANIELE, Deceased, Appellant, v. MISSIONARY SISTERS OF THE SACRED HEART, Conducting Columbus Hospital Extension, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

AUGUST L. ROEDER, Respondent, v. NEW YORK INSTITUTE OF DIETETICS and Others, Defendants, Impleaded with ELIOT M. STARK, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.